# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### NORTHERN DIVISION

GEORGE ILGENFRITZ,      )
      )
      Plaintiff(s),      )
      )
      Vs.      )      Case No.   2:06CV00055 ERW
      )
TOMMY TIPLER, et al.,      )
      )
      Defendant(s).      )

## ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel [doc. #37]. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice.

Accordingly,

**IT IS HEREBY ORDERED** that Philip J. McIntosh, 701 S. Jamison, Kirksville, MO, 63501, phone 660-627-5930, fax 660-665-8545, is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

Dated this 10th day of October , 2007.

_____
E. Richard Webber
United States District Judge